NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

WILLIAM ESPY, *Petitioner.*

No. 1 CA-CR 21-0166 PRPC
FILED 1-20-2022

Petition for Review from the Superior Court in Maricopa County
No. CR2016-122639-001
The Honorable Lauren R. Guyton, Judge *Pro Tempore*

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Daniel Strange
*Counsel for Respondent*

Brown & Little, P.L.C., Chandler
By Matthew O. Brown
*Counsel for Petitioner*

## MEMORANDUM DECISION

Presiding Judge Peter B. Swann, Judge David D. Weinzweig and Judge Paul J. McMurdie delivered the decision of the Court.

**PER CURIAM**:

**¶1**     Petitioner William Espy seeks review of the superior court's order denying his petition for post-conviction relief.  This is petitioner's first petition.

**¶2**     Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**     We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  We find that petitioner has not established an abuse of discretion.

**¶4**     We grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:     AA